

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2016

No. 04-16-00315-CV

**IN THE INTERST OF A.G.K. AND T.L.C., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02489
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The reporter's record was originally due May 31, 2016. On May 31, 2016, the court reporter filed a notification of late record asking for an additional fifteen days to file the record. On June 1, 2016, we granted the reporter's request and advised the reporter appellant Thomas Comer is indigent and that she was required to prepare the record without cost to appellant Comer. Pursuant to our order, the reporter's record was due in this court on June 15, 2016. However, the record was not filed.

We therefore **ORDER** Judy Stewart, the court reporter, to file the reporter's record in this court on or before **June 27, 2016**. The court reporter is reminded that, by statute, this appeal is accelerated, and is to take precedence over other matters. *See* TEX. FAM. CODE ANN. § 109.002(a) (West 2014). The reporter is further reminded that the reporter's record is currently late and that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. With regard to the appellate record, appellate courts may not grant more than *30 days cumulatively* with regard to extensions of time for the reporter's record. TEX. R. APP. P. 28.4(b). Based on the original due date, the prior extension, and this order, the reporter will have been permitted twenty-seven additional days to file the record.

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court